IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-081-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| DARIOUS DEMAINE WESTON, | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Seal Sentencing Memorandum And Exhibits" (Document No. 50) filed April 14, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Sentencing Memorandum contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Seal Sentencing Memorandum And Exhibits" (Document No. 50) is **GRANTED**, and Defendant's "Sentencing Memorandum" (Document No. 49) is sealed until further Order of this Court.

**SO ORDERED**.

Signed: April 16, 2018

David C. Keesler
United States Magistrate Judge

1