UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:17-CR-00081-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) ORDER |
| DARIOUS DEMAINE WESTON, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's *pro se* motion, titled a "Writ of Habeas Corpus Under Federal Rules of Civil Procedure Rule 60(b)(5)." Doc. No. 60. Defendant's 70-page submission contains countless nonsensical and fantastical assertions. For example, on the first page, he suggests he has issued a "bond" for "discharge settlement and closure of Account" in this case. Id. at 1. Elsewhere, he includes documents requesting that the "financial institution" of the "US District Court – Western District of North Carolina" "release" his "personal property from escrow." Doc. No. 60-2 at 23. Such baseless and frivolous filings do not implicate Rule 60(b) nor undermine the criminal judgment in this case.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* motion, titled a "Writ of Habeas Corpus Under Federal Rules of Civil Procedure 60(b)(5), Doc. No. 60, is **DENIED**.

Signed: July 22, 2020

Max O. Cogburn Jr
United States District Judge